# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| KYLE EVANS | ) Case No. |
|  | ) 20-2516-MBB |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __on or about August 4, 2020__ in the county of __Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. section 922(g)(1) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:

See attached affidavit of ATF Special Agent Ryan Griffin.

☑ Continued on the attached sheet.

*Complainant's signature*

ATF, Special Agent Ryan P. Griffin
*Printed name and title*

Telephonically sworn to before me.

Date: 10/06/2020

HON. MARIANNE B. BOWLER
United States Magistrate Judge

City and state: Brookline, MA