**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON, MASACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> KYLE EVANS ) <br> ) | Criminal No. 20CR-10292-RGS |

**ASSENTED TO MOTION TO CONTINUE**

    Now comes the Defendant, Kyle Evans, in the above-entitled matter and moves this honorable court to continue his currently scheduled Status Conference scheduled for October 6, 2022. As grounds therefore the parties are actively involved in plea negotiations. The parties seek a two week continuance to finalize a plea agreement. Counsel agrees that the time between October 6, 2022 and the next Status Conference set by the Court should be excluded. AUSA Suzanne Jacobus has no objection to the instant motion.

                                                      Respectfully submitted,
                                                      KYLE EVANS
                                                      By his attorney
                                                      <u>/s/ Eduardo Masferrer</u>
                                                      Eduardo Masferrer
                                                      Masferrer & Associates, P.C.
                                                      55 Union Street
                                                      Boston, MA 02108

**CERTIFICATE OF SERVICE**

I, Eduardo Masferrer, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

"s/ Eduardo Masferrer"

Eduardo Masferrer